UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. Harold A. Ackerman |
| | : | Crim. No. 07-360 (HAA) |
| v. | : | |
| | : | CONTINUANCE ORDER |
| COREY MUNFORD | : | |

This matter having come before the Court on the joint application of Christopher J. Christie, United States Attorney for the District of New Jersey (by David E. Malagold, Assistant U.S. Attorney), and defendant Corey Munford (by Thomas Ashley, Esq.) for an order granting a continuance of the proceedings in the above-captioned matter, and the defendant being aware he has the right to have the matter brought to trial within 70 days of the date of the indictment pursuant to Title 18 of the United States Code, Section 3161(c)(1), and as the defendant has requested and consented to such a continuance, and for good and sufficient cause shown,

IT IS THE FINDING OF THIS COURT that this action should be continued for the following reasons:

    i.    Plea negotiations regarding a possible disposition are currently in progress, and both the United States and the defendant desire additional time to meet and confer regarding a disposition, which would render trial of this matter unnecessary and save judicial resources;

ii. Defendant has consented to and requested the aforementioned continuance;

iii. Counsel for the defendant has spent a great amount of time in this case tracking down a police street video recording of the incident leading to the arrest and has not had an adequate opportunity to review the video and prepare defense motions;

iv. Pursuant to Title 18 of the United States Code, Section 3161(h)(8)(A), the ends of justice served by granting the continuance outweigh the best interests of the public and the defendant in a speedy trial;

v. Pursuant to Title 18 of the United States Code, Section 3161(h)(8)(B)(i), failure to grant this continuance would result in a miscarriage of justice;

vi. Pursuant to Title 18 of the United States Code, Section 3161(h)(8)(B)(iv), failure to grant this continuance would deny counsel for the defendant and the government the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

WHEREFORE, on this 30th day of June, 2008.

IT IS ORDERED that trial in this matter is continued from June 30, 2008 to September 2, 2008;

IT IS FURTHER ORDERED that the period from June 30, 2008 through September 2, 2008, inclusive, shall be excludable in computing time under the Speedy Trial Act of 1974, pursuant to Title 18, United States Code, Section 3161(h)(8);

IT IS FURTHER ORDERED that:

Motions must be filed by July 30, 2008

Responses must be filed by August 13, 2008.

Nothing in this order shall preclude a finding that additional periods of time are excludable pursuant to the Speedy Trial Act of 1974.

_____
HON. HAROLD A. ACKERMAN
United States District Judge

6/30/08

Consented to by:

_____
THOMAS ASHLEY, ESQ.
Counsel for Defendant

_____
DAVID E. MALAGOLD
Assistant U.S. Attorney