# LAW OFFICE OF THOMAS R. ASHLEY
ROBERT TREAT CENTER
50 PARK PLACE, SUITE 1400
NEWARK, NEW JERSEY 07102
TEL: (973) 623-0501
FAX: (973) 623-0329

October 6, 2008

Honorable Harold A. Ackerman, JUSDC
United States Post Office Courthouse Building
Room 305
P.O. Box 999
Newark, New Jersey 07101

Re: <u>United States v. Corey Munford</u>
   Criminal No.: 07-360

Dear Judge Ackerman:

    I along with Jean Barrett, represent Cory Munford in the above-entitled case. A motion to suppress evidence was to be filed by September 30, 2008.

    I served a subpoena duces tecum upon the City of East Orange, New Jersey. The City has yet to fully comply with my subpoena. In fact, I received a letter on October 2, 2008 from the Assistant Corporation Counsel, objecting to the disclosure of certain requested information. This information which has been objected to is critical to the issues which the defense intends to raise at the suppression hearing.

    I respectfully request that the court extend the time within which Defendant is required to file his brief until November 3, 2008. I have discussed the matter with David E. Malagold, AUSA to whom this case is assigned. He consents to the within application.

Very truly yours,

Thomas R. Ashley

TRA/sb

SO ORDERED.

Harold A. Ackerman
U.S.D.J.
10/8/08