NOT FOR PUBLICATION

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | Hon. Garrett E. Brown, Jr. |
| v. | ) | |
| | ) | Crim. No. 07-360 |
| CORY MUNFORD, | ) | |
| | ) | **ORDER** |
| Defendant. | ) | |

This matter having come before the Court upon Defendant's motion (Doc. No. 24) to dismiss the Indictment; and the Court having conducted an evidentiary hearing on October 19 and November 13, 2009; and the Court having reviewed the parties' submissions; and for the reasons set forth in the accompanying Memorandum Opinion;

IT IS THIS 11th day of February, 2010,

ORDERED that Defendant's motion (Doc. No. 24) to dismiss the Indictment is DENIED.

Dated: February 11, 2010

                                                  /s/ Garrett E. Brown, Jr.
                                        GARRETT E. BROWN, JR., U.S.D.J.